UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLYDE DISEDARE,**<br>　Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2680** |
| **COLTER BRUMFIELD, ET AL.,**<br>　Defendants | **SECTION: "E" (2)** |

### ORDER

The Court, after considering the Complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Clyde Disedare ("Plaintiff") has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that Plaintiff's claims against Miley Adams ("Defendant") are **DISMISSED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 19th day of December, 2022.**

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**