UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLYDE DISEDARE | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2680 |
| SGT. COLTER BRUMFIELD, ET AL. | * | SECTION "E" DIV. (2) |

**ORDER AND REASONS**

Plaintiff Clyde Disedare filed an *Ex Parte*/Consent Motion for Issuance of Writ of Habeas Corpus ad Testificandum for the purpose of participating in the settlement conference scheduled to occur via videoconference on Thursday June 29, 2023, at 9:00 a.m. ECF No. 37. Given that the conference will occur by video rather than in person, however, there is no need for issuance of a writ to bring Plaintiff to the courthouse. An Order directing the custodian to make Plaintiff available at the facility's videoconference facility for the videoconference will suffice. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Issuance of Writ of Habeas Corpus ad Testificandum (ECF No. 37) is DENIED.

IT IS FURTHER ORDERED that Plaintiff be made available at Rayburn Correctional Center (not released from state custody) for the scheduled videoconference. Login information will be emailed to counsel and Rayburn Correctional Center Staff shortly before the scheduled conference.

New Orleans, Louisiana, this 22nd day of June, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY**
**VIA E-MAIL AND U.S. MAIL:**
Warden Travis Day
Rayburn Correctional Center
27268 Hwy. 21 North
Angie, LA 70426
lisa.jenkins@la.gov
linda.brockhaus2@la.gov